UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

UNITED STATES OF AMERICA                                                                                      PLAINTIFF

v.                                            CASE NO. 2:23-cr-20014-001

NATHAN BOYD FRANKLIN                                                                                        DEFENDANT

## ORDER

The Court ADOPTS the report and recommendation (Doc. 11) entered in this case and accepts Defendant's plea of guilty to Count 1 of the information. The Defendant is hereby adjudged GUILTY of the offense.

IT IS SO ORDERED this 30th day of November, 2023.

/s/ P. K. Holmes III
P.K. HOLMES III
U.S. DISTRICT JUDGE